IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES COLEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ASHFORD UNIVERSITY, LLC,<br><br>    Defendant. | Case No. 2:16-cv-04244 |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff and Defendant, by their respective counsel, hereby stipulate and agree that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: February 17, 2017


 /s/ Brian J. Foster
SNELL & WILMER, L.L.P.
Brian J. Foster (Admitted *pro hac vice*)
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona 85004

        -and-

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Ira S. Lefton
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: 215-851-8430
*Counsel for Ashford University*

 /s/ Richard Albanese
KIMMEL & SILVERMAN, P.C.
Amy Lynn Bennecoff Ginsburg
Joseph C. Hoeffel
Richard Albanese
30 East Butler Pike
Ambler, PA 19002
*Counsel for Charles Coleman*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2017, I caused the foregoing *Stipulation to Dismiss with Prejudice* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

                                                */s/* Becky Kinningham

25783469.1